UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:19-cv-10225-SVW-E | Date | May 1, 2020 |
|---|---|---|---|
| Title | Luis Marquez v. Long Beach Seafood Market Inc. et al | | |

JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE |
|---|---|

| Paul M. Cruz | N/A | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   IN CHAMBERS ORDER DISMISSING ACTION

     Plaintiff has failed to comply with the Court's prior Order instructing him to file a renewed motion for attorney's fees within 21 days. Accordingly, having previously granted default judgment for Plaintiff, the Court now closes the case.

|  | : |
|---|---|
| Initials of Preparer | PMC |